IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIJAH WHITE, | 1:07-cv-01257-LJO-SMS-(HC) |
| Petitioner, | ORDER GRANTING PETITIONER'S REQUEST FOR EXTENSION OF TIME TO RESPOND TO RESPONDENT'S ANSWER TO PETITION |
| vs. | |
| DEBRA DEXTER, | (DOCUMENT #13) |
| Respondent. | THIRTY DAY DEADLINE |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254.  On February 8, 2008, petitioner filed a motion to extend time to respond to respondent's answer to petition.  Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Petitioner is granted thirty days from the date of service of this order in which to file a traverse to respondent's answer to petition.

IT IS SO ORDERED.

**Dated:   February 27, 2008**          /s/ Sandra M. Snyder
                                        UNITED STATES MAGISTRATE JUDGE