UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ELIJAH WHITE, | ) | 1:07-CV-01257 LJO SMS HC |
| | ) | |
| Petitioner, | ) | ORDER DENYING MOTION FOR |
| | ) | EVIDENTIARY HEARING |
| v. | ) | |
| | ) | [Doc. #17] |
| | ) | |
| DEBRA DEXTER, Warden, et al., | ) | |
| | ) | |
| Respondents. | ) | |

    Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

    On April 1, 2008, Petitioner filed a motion for an evidentiary hearing. Rule 8(a) of the Rules Governing Section 2254 Cases provides that where a petition is not dismissed at a previous stage in the proceeding, the judge, after the answer and transcripts and record of the state court proceedings are filed, shall, *upon review* of those proceedings, determine whether an evidentiary hearing is required. At this time, the Court has not reviewed the proceedings. Petitioner is advised that the Court's docket of pending cases is substantial, and the Court must act first on those matters that have been pending the longest. Following a thorough review of the petition's merits, the Court will *sua sponte* issue an order for an evidentiary hearing should it find one necessary.

1    Accordingly, Petitioner's motion for an evidentiary hearing is DENIED.

2  IT IS SO ORDERED.

3  **Dated:    April 16, 2008**             /s/ **Sandra M. Snyder**
                                              UNITED STATES MAGISTRATE JUDGE

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28