1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT

11

## EASTERN DISTRICT OF CALIFORNIA

12

| | |
|---|---|
| ELIJAH WHITE, | ) 1:07-CV-01257 LJO SMS HC |
| 13 | ) |
| Petitioner, | ) ORDER ADOPTING FINDINGS AND |
| 14 | ) RECOMMENDATION |
| | ) [Doc. #20] |
| 15 | ) |
| | ) ORDER DENYING GROUND NINE OF THE |
| 16   v. | ) PETITION FOR WRIT OF HABEAS |
| | ) CORPUS |
| 17 | ) |
| | ) ORDER DISMISSING MOTION FOR |
| 18 | ) DISCOVERY |
| | ) [Doc. #18] |
| 19 DEBRA DEXTER, et al., | ) |
| | ) ORDER REFERRING MATTER BACK TO |
| 20 Respondents. | ) MAGISTRATE JUDGE FOR FURTHER |
| | ) PROCEEDINGS |
| 21 | |

22        Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus

23  pursuant to 28 U.S.C. § 2254.

24        On April 16, 2008, the Magistrate Judge issued a Findings and Recommendation that

25  recommended ground eight of the petition be DENIED with prejudice, and Petitioner's motion for

26  discovery be DISMISSED as moot. The Findings and Recommendation was served on all parties and

27  contained notice that any objections were to be filed within thirty (30) days of the date of service of

28  the order.

On May 6, 2008, Petitioner filed objections to the Findings and Recommendation. Petitioner takes issue with the Magistrate Judge's reference to ground eight. Petitioner is correct that the Magistrate Judge referred to the wrong number; the Findings and Recommendation actually addressed ground nine of the petition. Petitioner also argues that his request for discovery should be granted. Nevertheless, he does not contest that his challenge to the use of the 1987 conviction to enhance his current sentence, i.e., ground nine, is without merit.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file and having considered the objections, the Court concludes that the Magistrate Judge's Findings and Recommendation is supported by the record and proper analysis, and there is no need to modify the Findings and Recommendations based on the points raised in the objections, except for the reference to the incorrect number of the claim for relief.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation issued April 16, 2008, is ADOPTED IN FULL;

2. Ground Nine of the Petition for Writ of Habeas Corpus is DENIED with prejudice;

3. Petitioner's Motion for Discovery is DISMISSED as moot;

4. The matter is REFERRED back to the Magistrate Judge for further proceedings; and

5. As this is not a final order disposing of all claims, a Certificate of Appealability is not required.  See 28 U.S.C. §§ 2253, 1291; Catlin v. United States, 324 U.S. 229, 233 (1945).

IT IS SO ORDERED.

**Dated:   May 13, 2008**                          **/s/ Lawrence J. O'Neill**
                                                   UNITED STATES DISTRICT JUDGE