# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| **ELIJAH WHITE**,<br><br>    Petitioner,<br><br>vs.<br><br>**DEBRA DEXTER, WARDEN**,<br><br>    Respondent. | CASE NO. 1:07cv1257-IEG(PCL)<br><br>**ORDER CONSTRUING OBJECTIONS AS NOTICE OF APPEAL; GRANTING IN PART CERTIFICATE OF APPEALABILITY** |

    Elijah White ("White"), a state prisoner serving a third strike term of 26-years to life, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On May 20, 2009, Chief Judge Irma E. Gonzalez denied the petition on the merits. [Doc. 28.] On June 11, 2009, petitioner filed a document entitled "Objections to Magistrate Judge's Findings and Recommendation." Such objections are not appropriate, however, because the May 20, 2009 order was a final order and not a report and recommendation.

    Therefore, the Court construes petitioner's objections as a notice of appeal and directs the Clerk to so indicate in the record of this case. In addition, the Court has reviewed the merits of the claims raised by petitioner, and concludes that petitioner has made a "substantial showing of the denial of a constitutional right" with regard to his asserted grounds 1-5, such that reasonable jurists

///

///

1  would find the court's disposition of those issues "debatable".  28 U.S.C. § 2253;  <u>Slack v.
2  McDaniel</u>, 529 U.S. 473, 484 (2000).  Thus, the Court GRANTS a certificate of appealability as to
3  those grounds.

4  **IT IS SO ORDERED**.

6  **DATED:  June 17, 2009**

*Irma E. Gonzalez*
**IRMA E. GONZALEZ, Chief Judge**
**United States District Court**