# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| **ELIJAH WHITE**, <br><br>　　　　　　　　　　　Petitioner, <br><br>　vs. <br><br>**DEBRA DEXTER, WARDEN**, <br><br>　　　　　　　　　　　Respondent. | CASE NO. 1:07cv1257-IEG(PCL) <br><br> Order Granting Motion for Leave to Proceed In Forma Pauperis on Appeal |

　　　Currently before the Court is Petitioner's motion for leave to proceed with his appeal in forma pauperis. The Court previously granted Petitioner a Certificate of Appealability pursuant to 28 U.S.C. § 2253(c), and upon review of Petitioner's current application, the Court finds Petitioner is unable to pay the filing fee for his appeal. Thus, the Court GRANTS Petitioner leave to proceed in forma pauperis on appeal pursuant to 28 U.S.C. § 1915.

　　　**IT IS SO ORDERED**.

**DATED: July 28, 2009**

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　**IRMA E. GONZALEZ, Chief Judge**
　　　　　　　　　　　　　　　　　　　　　　　**United States District Court**